ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 4 2012
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RICHARD D. YOUNG,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 3-11-CV-0123-K-BD |
| | § | |
| **MIDLOTHIAN I.S.D.** | § | |
| | § | |
| Defendant | § | |

## MOTION FOR RECONSIDERATION

Pursuant to Fed. R. Civ. P. 60(b)ii, plaintiff moves this court to reconsider defendant Midlothian Independent School District's Motion for Summary Judgment which was originally filed on February 9, 2012. Further, plaintiff moves this court to reconsider plaintiff's response in opposition to defendant Midlothian Independent School District's Motion for Summary Judgment which was originally submitted on March 7, 2012 via U.S. postal mail to: **U.S. District Court-Dallas Division, 1100 Commerce St. 16th Floor, Dallas, TX 75242.**

On March 23, 2012, plaintiff received memorandum order via postal mail dated March 21, 2012 from Magistrate Judge Jeff Kaplan granting the defendant's motion for Summary Judgment and dismissing plaintiff's case with prejudice, due to an error that occurred in which the court did not receive a response by the plaintiff. Additionally, plaintiff received a carbon copy of

confirmation from counsel for the defendant on March 24, 2012, addressed to Judge Jeff Kaplan and dated March 23, 2012, that defendant did indeed receive copy of plaintiff's opposition in a timely manner. Plaintiff respectfully argues with the court that he mailed his response and brief in support before the deadline of March 9, 2012. Plaintiff will re-deliver by the copy of response and brief in support to the clerk of the court, along with the original receipt from the post office in which plaintiff received when he mailed his response and brief in support on March 7, 2012. Plaintiff does not waive his opportunity to respond to defendant's motion for summary judgment. Plaintiff prays that his original response to defendant's motion and brief in support are found before expiration of this Motion for Reconsideration. Furthermore, plaintiff respectfully asks the court to reopen this case and reconsider its decision.

                                                Respectfully submitted,

                                                Richard D. Young (pro se)
                                                8016 Emerald Crest Dr., #216
                                                White Settlement, TX 76108
                                                972.827.5311

DATED: April 4, 2012